**BIRD et al. v. PALMER et al.**

No. 20514. Opinion Filed July 21, 1931.

Rehearing Denied Oct. 13, 1931.

W. H. Ballard and T. H. Wren, for plaintiffs in error.

James C. Wright, Victor C. Mieher, R. Y. Stevenson, Massingale, Duff & Manatt, and Warren, Crutcher & Warren, for defendants in error.

ANDREWS, J. This cause was consolidated with cause No. 19979. The decision in the consolidated cause was this day rendered in cause No. 19979 between the same parties. 151 Okla. 3, 3 P. (2d) 890. The law announced therein is applied herein.

The judgment of the trial court is affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., absent. RILEY, J., dissents.